**Bridget PARSON, Plaintiff–Appellant,**

v.

**WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT, Defendant–Appellee.**

No. 05–10389.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2005.

Bridget Parson, Cedar Hill, TX, pro se.

Eric V. Moye', Dawn Kahle Doherty, Michael Wayne Massiatte, Vial, Hamilton, Koch & Knox, Dallas, TX, for Defendant–Appellee.

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Appellant challenges the dismissal of her suit as a sanction for her abusive litigation practice and refusal to comply with the court's orders.

After the district court warned appellant numerous times to refrain from abusive litigation tactics and follow the court's orders and plaintiff persisted in refusing to heed those warnings, the court dismissed plaintiff's suit. The multiple violations of the court's orders and instances of appellant's abusive litigation practice are recited in detail in its opinion and order of February 17, 2005, and fully support its dismissal of appellant's suit.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.